1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9          FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JOHN DILLON, individually, | Case No. 3:22−cv−05339−RSM-TLF |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF CLAIMS AND PARTIES WITH PREJUDICE** |
| v. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign corporation; MICHELLE WELCH AND JOHN DOE WELCH, individually and the marital community thereof; DAVID BAMFORD AND JANE DOE BAMFORD, individually and the marital community thereof, | **[CLERK'S ACTION REQUIRED]** |
| Defendants. | |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41, Plaintiff John Dillon and Allstate Fire and Casualty Insurance Company ("Allstate"), by and through their undersigned counsel, hereby stipulate to the entry of an order dismissing all of Plaintiff's claims against Defendants Michelle Welch, John Doe Welch, David Bamford and Jane Doe Bamford with prejudice and without an award of costs or attorneys' fees, and to amend the caption accordingly.

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(CASE NO. 3:22-CV-05339-RSM-TLF) - 1

135064286.1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

The parties further stipulate to the entry of an order dismissing Plaintiff's bad faith, unfair practices, and Insurance Fair Conduct Act ("IFCA") claims against Allstate with prejudice and without an award of costs or attorneys' fees.

This stipulation does not affect Plaintiff's alleged Consumer Protection Act ("CPA") claim against Allstate, which is subject to Allstate's pending Partial Motion to Dismiss (Dkt. #7) and the Court's ruling on that Motion. This stipulation also does not affect Plaintiff's breach of contract claim against Allstate.

DATED this 21st day of July, 2022.

| | |
|---|---|
| FOX ROTHSCHILD LLP | COPPINGER CARTER P.S. |
| *s/ Bryan Case* | *s/ Carrie Coppinger Carter* |
| Gavin Skok, WSBA #29766<br>Bryan Case, WSBA #41781<br>Nicholas R. Major, WSBA #49579<br>*Attorneys for Allstate* | Carrie Coppinger Carter, WSBA #28817<br>COPPINGER CARTER P.S.<br>100 Central Avenue<br>Bellingham, WA  98225<br>Phone: 360.676.7545<br>Email: ccc@coppingercarter.com<br><br>*Attorneys for Plaintiffs* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(CASE NO. 3:22-CV-05339-RSM-TLF) - 2

135064286.1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

**ORDER**

Based on the foregoing Stipulation, it is HEREBY ORDERED THAT:

1. Plaintiff's claims against Michelle Welch, John Doe Welch, David Bamford and Jane Doe Bamford are dismissed with prejudice and without an award of costs or attorneys' fees, and the caption shall be amended accordingly to remove said Defendants.

2. Plaintiff's bad faith, unfair practices, and IFCA claims against Allstate are dismissed with prejudice and without an award of costs or attorneys' fees.

DATED this 3rd day of August, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(CASE NO. 3:22-CV-05339-RSM-TLF) - 3

135064286.1

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600