UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN DILLON, | Case No. 3:22-cv-05339-RSM-TLF |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | |
| Defendants. | |

The Court having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, objections to the Report and Recommendation, and the remaining record, hereby FINDS and ORDERS:

(1) The Court adopts the Report and Recommendation. Allstate's objections to Judge Fricke's plan for how to proceed with this case procedurally do not contain adequate grounds for the Court to modify this R&R. Allstate should move for the requested relief in a separate motion to be heard by Judge Fricke.

(2) Allstate's motion to dismiss pursuant to Federal Rule of Civil Procedure 25(a)(1) is
DENIED.

DATED this 24th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE